IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NAJIB MALIK,
    Plaintiff,

vs.                                    Case No.: 3:18cv1609/MCR/EMT

S. MELVIN, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). On September 27, 2019, Defendants Kelly and Melvin filed motions to dismiss Plaintiff's Second Amended Complaint (*see* ECF Nos. 30, 31). On October 2, 2019, the court issued orders directing Plaintiff to file a response to each motion to dismiss within thirty (30) days (ECF Nos. 33, 34). On October 11, 2019, the copies of the orders served upon Plaintiff at his address of record (the FDOC's Reception and Medical Center–Main Unit) were returned to the court as undeliverable (*see* ECF No. 38).

On November 1, 2019, the court issued an order directing Plaintiff to show cause, within fourteen (14) days, why this case should not be dismissed for his failure to comply with a court order and failure to keep the court apprised of his current

address (ECF No. 39). On October 11, 2019, the copy of the show cause order (served upon Plaintiff at his address of record) was also returned to the court as undeliverable, with an indication that Plaintiff was released and with no available forwarding address (*see* ECF No. 41).

Plaintiff has failed to respond to the court's orders directing him to file responses to Defendants' motions to dismiss, he has failed to respond to the show cause order, and he has not notified the court of his new address. This case should be dismissed due to Plaintiff's non-compliance with court orders.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with orders of the court.

At Pensacola, Florida, this 22nd day of November 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.: 3:18cv1609/MCR/EMT